IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURA LESKINEN,

    Plaintiff,　　　　　　　　　　　No. 2:10-cv-03363 MCE KJN PS

    v.

CAROLYN A. HALSEY, et al.,

    Defendants.　　　　　　　　　　ORDER
_____/

    The court is in receipt of a stipulation and proposed order signed by plaintiff and defendant Ken Warner, which permits Warner an extension of time of seven (7) days, up to and including July 25, 2011, within which to file a response to plaintiff's Second Amended Complaint. (Dkt. No. 37.) IT IS HEREBY ORDERED that:

    1.    Plaintiff and defendant Ken Warner's stipulation is approved.

    2.    Defendant Ken Warner shall file and serve a response to plaintiff's Second Amended Complaint on or before July 25, 2011.

    IT IS SO ORDERED.

DATED: July 18, 2011

                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE